# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CARRIE MCCALL

VERSUS

AVA DEJOIE, SECRETARY
LOUISIANA WORKFORCE
COMMISSION

NO.   2020 CW 0629

**JULY 21, 2020**

---

In Re:   Ava Dejoie, Secretary Louisiana Workforce Commission,
         applying for supervisory writs, State of Louisiana
         Civil Service Commission, No. S-18412.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **APPLICATION FOR STAY DENIED.**

                              **TMH**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT